FILED

2017 MAR -7 AM 10: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ______

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF(S) v. | CASE NUMBER 17MJ00489 |
| ALEX ROSEN DEFENDANT(S). | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: INDICMENT
in the EASTERN District of LOUISIANA on 03/06/2017
at 8:00 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 12/11/2017
in violation of Title 21 U.S.C., Section(s) 841
to wit: INDICMENT

A warrant for defendant's arrest was issued by: The Honorable Donald G. Wilkerson, U.S. Magistrate Judge

Bond of $ NO was ☐ set / ☒ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 3/7/17, by

CINDY L. ORELLANA, Deputy Clerk.

SEAL

Signature of Agent

Cesar Perez
Print Name of Agent

USMS
Agency

Enforcement Officer
Title